| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____ Chapter   11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | East Coast Designs, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA Living Swell |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 01-0754067 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 154 Washington St. Marblehead, MA 01945 | 5 Elm St., PO Box 997 Canaan, CT 06018 |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Essex | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | www.livingswell.com |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  East Coast Designs, Inc. _____  Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5414

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  East Coast Designs, Inc.  Case number (*if known*)
_____Name_____

**11. Why is the case filed in *this district*?**   *Check all that apply:*
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  East Coast Designs, Inc.                                                 Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 13, 2025
              MM / DD / YYYY

**X** /s/ Diana James                                        Diana James
    Signature of authorized representative of debtor          Printed name

    Title   President

**18. Signature of attorney**

**X** /s/ Kate E Nicholson                                   Date  August 13, 2025
    Signature of attorney for debtor                              MM / DD / YYYY

    Kate E Nicholson 674842
    Printed name

    Nicholson Devine LLC
    Firm name

    21 Bishop Allen Drive
    Cambridge, MA 02139
    Number, Street, City, State & ZIP Code

    Contact phone  (857) 600-0508    Email address  kate@nicholsondevine.com

    674842 MA
    Bar number and State

Debtor  East Coast Designs, Inc.  Case number (if known) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 . 13 . 2025
              MM / DD / YYYY

X _____    Diana James
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X _____    Date   8 . 13 . 2025
   Signature of attorney for debtor          MM / DD / YYYY

Kate E Nicholson 674842
Printed name

Nicholson Devine LLC
Firm name

21 Bishop Allen Drive
Cambridge, MA 02139
Number, Street, City, State & ZIP Code

Contact phone   (857) 600-0508    Email address   kate@nicholsondevine.com

674842 MA
Bar number and State

Fill in this information to identify the case:

Debtor name: East Coast Designs, Inc.
United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | | | | | | $105,637.00 |
| American Express National Bank P.O. Box 30384 Salt Lake City, UT 84130 | | | | | | $30,238.00 |
| Boom Funded LLC 433 Broadway, Suite 201 New York, NY 10013 | | Accounts, inventory, equipment, etc. | Contingent Unliquidated Disputed | $88,141.22 | $0.00 | $88,141.22 |
| Eastern Bank Cheryl Gavazzi 195 Market St EP4-06 Lynn, MA 01901 | | | | $17,014.00 | $0.00 | $17,014.00 |
| Fresh Marketing 1 Larcom Ave Beverly, MA 01915 | | | | | | $12,450.00 |
| Funders App, LLC 3323 NE 163rd St., Ste. 401 North Miami Beach, FL 33160 | | | Contingent Unliquidated Disputed | $15,610.63 | $0.00 | $15,610.63 |
| New England Home Advertising Kiyomi DeBay Finance Manager 530 Harrison Ave, Suite 302 Boston, MA 02118 | | | | | | $20,875.00 |

| Debtor | East Coast Designs, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| North Shore Magazine<br>Shelly Kochanski<br>Media Group<br>PO Box 788<br>West Newbury, MA 01985 | | | | | | $3,675.00 |
| QFS Capital LLC<br>7901 4th St., N<br>Ste. 13070<br>Saint Petersburg, FL 33702 | | Accounts, inventory, equipment, etc. | Contingent<br>Unliquidated<br>Disputed | $163,591.05 | $0.00 | $163,591.05 |
| Square Financial Services, Inc.<br>3165 E Millrock Drive, Suite 160<br>Salt Lake City, UT 84121 | | | | | | $19,762.00 |

# United States Bankruptcy Court
## District of Massachusetts

In re: East Coast Designs, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 13, 2025

/s/ Diana James
Diana James/President
Signer/Title

American Express
P.O. Box 981535
El Paso, TX 79998


American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130


Berkovitch & Bouskila PLLC
1545 Rte 202, Ste. 101
Pomona, NY 10970


Boom Funded LLC
433 Broadway, Suite 201
New York, NY 10013


Corporation Service Company, as rep
PO Box 2576
Springfield, IL 62708


Eastern Bank
Cheryl Gavazzi
195 Market St EP4-06
Lynn, MA 01901


First Corporate Solutions, as rep
914 S. St.
Sacramento, CA 95811


Fresh Marketing
1 Larcom Ave
Beverly, MA 01915


Funders App, LLC
3323 NE 163rd St., Ste. 401
North Miami Beach, FL 33160


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02114-9564


New England Home Advertising
Kiyomi DeBay Finance Manager
530 Harrison Ave, Suite 302
Boston, MA 02118


North Shore Magazine
Shelly Kochanski Media Group
PO Box 788
West Newbury, MA 01985

```
Old Town Properties LLC
One Curtis St.
East Boston, MA 02128


QFS Capital LLC
7901 4th St., N
Ste. 13070
Saint Petersburg, FL 33702


Simplifi Capital
370 Lexington Ave., #1002
New York, NY 10017


Square Financial Services, Inc.
3165 E Millrock Drive, Suite 160
Salt Lake City, UT 84121


Triton Recovery Group
3111 N. University Dr., Ste. 702
Coral Springs, FL 33065
```

# United States Bankruptcy Court
## District of Massachusetts

In re: East Coast Designs, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   East Coast Designs, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 13, 2025
Date

/s/ Kate E Nicholson
Kate E Nicholson 674842
Signature of Attorney or Litigant
Counsel for   East Coast Designs, Inc.
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508  Fax:
kate@nicholsondevine.com